**Order entered April 10 , 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00016-CV

### NANCY RANGEL, Appellant

### V.

### MCMACKIN-BEAM REVOCABLE TRUST, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-13-05738-B**

## ORDER

The Court grants appellant's motion to extend time to file reply brief received on December 8, 2014. The reply brief tendered to the Court on December 31, 2014 is **ORDERED** filed as of the date of this order.

The Court also grants appellant's motion to amend reply brief received on April 1, 2015. The amended reply brief tendered to the Court on April 1, 2015 is **ORDERED** filed as of the date of this order.

/s/    LANA MYERS
        PRESIDING JUSTICE